UNITED STATES DISTRICT COURT
District of Massachusetts

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ANGELA HAMBLIN | 07-MJ-1071-JGD |

### DEFENDANT'S MOTION TO MODIFY CONDITIONS OF RELEASE

NOW COMES the Defendant, by and through undersigned counsel, and moves this Court to modify the conditions of release established by the Court and, as grounds therefor, states the following.

1. On October 10, 2007 Defendant was arrested in this District, pursuant to a warrant issued by the Court in the Southern District of New York, where the case is currently pending.

2. Defendant was released on bail by this Court on that date. Among the conditions of her release was a requirement that she report to Pretrial Services every Tuesday by noon and by telephone every Friday.

3. Defendant's husband recently had open heart surgery and is in need of full time care to facilitate his recovery. Defendant is the only person willing and able to care for her husband.

4. Defendant's Pretrial Services officer, Gina Affsa, has been apprised of these circumstances and consents to modifying Defendant's pretrial reporting conditions to allow her to report in person as specifically directed by Pretrial Services and to report by telephone by noon on Tuesdays and Fridays.

5.      AUSA Adam Bookbinder, the prosecutor responsible for this case in this District, and Christine Meding, AUSA in the Southern District of New York, have consented as well to this modification of Defendant's bail conditions.

WHEREFORE, Defendant respectfully moves this Court to modify her bail conditions as set forth above.

Date: November 7, 2007         /s/  Richard S. Berne

BERNE & BISCHOFF, LLC
22 Free Street Suite 404
Portland ME 04101
207-871-7770
rberne@bernebischoff.com

## **CERTIFICATE OF SERVICE**

I hereby certify that, on this date, I caused service to be made of Defendant's Motion to Modify Conditions of Release by electronic filing on the Offices of the United States Attorney in the District of Massachusetts and the Southern District of New York.

Date:                         /s/     Richard S. Berne

BERNE & BISCHOFF, LLC
22 Free Street Suite 404
Portland ME 04101
207 871 7770
rberne@bernebischoff.com

UNITED STATES DISTRICT COURT
District of Massachusetts

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>v.<br><br>**ANGELA HAMBLIN** | **07-MJ-1071-JGD** |

**ORDER**

Defendant's Motion to Modify Conditions of Release is hereby GRANTED. Pretrial reporting conditions are as follows:

1. Defendant shall report in person, as specifically directed by Pretrial Services and, to report by telephone by noon on Tuesdays and Fridays.

2. In all other respects, the Pretrial Release Reporting Instructions, dated October 10, 2007, shall remain in full force and effect.

SO ORDERED.

Date: _____   By: _____
                                   Judge, United States District Court